Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 15−20437−CMG
                        Chapter: 13
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia R Green
   248 2nd Ave
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−9143

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/21/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 21, 2016
JJW: bwj

                                                                      James J. Waldron
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-20437-CMG
Alicia R Green                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jul 21, 2016
                              Form ID: 148         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2016.
```
db          +Alicia R Green,    248 2nd Ave,    Toms River, NJ 08757-4825
cr          +Americredit Financial Services, Inc., dba GM Finan,    PO Box 183853,    Arlington, TX 76096-3853
515595053   +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
             Arlington, TX 76096-3853
515564158   +AmeriCredit Financial Services, Inc. dba GM Financ,    ATTN: John R. Morton, Esq.,
             Morton and Craig, LLC,    110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
515547722   +FTA Financial LLC,    220 US 46,    Little Ferry, NJ 07643-1415
515572601   +HSEAA,    POB 548,    Trenton, NJ 08625-0548
515547724   +Higher Education Student Assistance Authority,    4 Quakerbridge Plaza,    Trenton, NJ 08619-1241
515588572   +JCP&L,    331 Newman Springs Rd., Bldg. 3,    Red Bank, NJ 07701-6771
515641539   +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,    425 Phillips Blvd,
             Ewing, NJ 08618-1430
515547726   +New Jersey Housing and Mortgage Finance Agency,    637 South Clinton Street,
             Trenton, NJ 08611-1811
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2016 22:42:56      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2016 22:42:55      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515547723   +EDI: PHINAMERI.COM Jul 21 2016 22:23:00      GM Financial,   PO Box 183834,
             Arlington, TX 76096-3834
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```
515602093*   +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
             Arlington, TX 76096-3853
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
```
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Albert    Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
           bankruptcynotice@zuckergoldberg.com,   dcarlon@zuckergoldberg.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., dba GM
           Financial mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kimberly A. Shubert    on behalf of Debtor Alicia R Green office@kimberlyshubert.com
                                                                                              TOTAL: 7
```