UNITED STATES BANKRUPTCY COURT
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on July 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Alicia R Green

CHAPTER 13 CASE NO. 15-20437 / CMG

Hearing Date:  July 20, 2016   9:00 am

Honorable Christine M. Gravelle

Debtor(s)

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 21, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on Motion/Application of Albert Russo, Standing Chapter 13 Trustee, for an Order Dismissing the Debtor's case and to disburse funds on hand, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated.  The employer is authorized to cease wage withholding immediately.  The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Alicia R Green  
    Debtor

Case No. 15-20437-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 21, 2016  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2016.  
db          +Alicia R Green,    248 2nd Ave,    Toms River, NJ 08757-4825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2016 at the address(es) listed below:  
         Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert    Russo    docs@russotrustee.com  
         Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency bankruptcynotice@zuckergoldberg.com, dcarlon@zuckergoldberg.com  
         John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., dba GM Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
         Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kimberly A. Shubert    on behalf of Debtor Alicia R Green office@kimberlyshubert.com  
                                                                                                 TOTAL: 7